THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. GILES, Relator,

v. KLAUDER-WELDON DYEING MACHINE COMPANY, Respondent.— Stay continued until the hearing and determination of the appeal.